# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

**MICHAEL DEAN MERRELL**

Case Number: 2:03-cr-83-FtM-29SPC

USM Number: 33697-018

Martin DerOvanesian, AFPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five & Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit written monthly report, in violation of Condition Two of the Standard Conditions of Supervision | July 2009 |
| Two | Failure to notify ten days prior to any change in residence (Absconder), in violation of Condition Six of the Standard Conditions of Supervision | August 20, 2009 |
| Three | Failure to participate in Drug Aftercare Treatment, in violation of the Special Condition | August 27, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**The Superceding Petition is dismissed on motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 10/9/2009

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

October ___, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Five (5) Months**.

**The Court recommends to the Bureau of Prisons:**

1. Any drug treatment programs available.
2. Any educational programs available.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                     UNITED STATES MARSHAL

                                  By:_____
                                          Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**